1  ROBERT E. SCHUMACHER, ESQ.
   Nevada Bar No. 7504
2  BRIAN K. WALTERS, ESQ
   Nevada Bar No. 9711
3  JON M. LUDWIG, ESQ.
   Nevada Bar No. 3998
4  **GORDON & REES LLP**
   3770 Howard Hughes Parkway Suite 100
5  Las Vegas, Nevada 89169
   Telephone: (702) 577-9300
6  Facsimile: (702) 255-2858
   Email: rschumacher@gordonrees.com
7        bwalters@gordonrees.com
         jludwig@gordonrees.com
8
   **Attorneys For: Plaintiff**
9  **CAMINO PROPERTIES, LLC**

10  **UNITED STATES DISTRICT COURT**

11  **DISTRICT OF NEVADA**

12  CAMINO PROPERTIES, LLC, a foreign limited      )  Case No.  2:13-cv-02262-APG-CWH
    liability company,                             )
13                                                 )
                          Plaintiff,               )  **STIPULATION FOR EXTENSION**
14                                                 )  **OF TIME TO FILE JOINT**
        vs.                                        )  **PROPOSED PRETRIAL ORDER**
15                                                 )
    INSURANCE COMPANY OF THE WEST, a               )  (***FIRST REQUEST***)
16  California company, DOES INDIVIDUALS 1          )
    through 100, inclusive; ROE ENTITIES 1 through )
17  100, inclusive, BOE BONDING COMPANIES 1         )
    through 100, inclusive,                        )
18                                                 )
                          Defendant.               )
19                                                 )
                                                   )
20  _____)

21       IT IS HEREBY STIPULATED between Plaintiff CAMINO PROPERTIES, LLC

22  ("Plaintiff") and Defendant INSURANCE COMPANY OF THE WEST ("Defendant"), by and

23  through their respective counsel, that the Parties may have up to and including Tuesday, July 10,

24  2015, for which to file the Proposed Joint Pretrial Order.

25       Pursuant to this Court's Scheduling Order [Doc. # 11], the Joint Proposed Pretrial Order

26  shall be filed within 30 days of the date the Court enters a ruling on dispositive motions. This

27  Court's Order Denying Motions for Summary Judgment and Motions to Strike [Doc. #60] was

28

*(left margin vertical text)* Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, NV 89169

1   filed on May 12, 2015. Therefore, the Joint Proposed Pretrial Order is currently due on June 12,

2   2015.

3       This request for an extension is not made for purposes of delay. The purpose of this

4   request is to allow the parties additional time to identify and evaluate which facts and exhibits

5   are appropriate for stipulation in the Joint Proposed Pretrial Order.

6

7   DATED this <u>11th</u> day of June, 2015       DATED this <u>11th</u> day of June, 2015

8   **GORDON & REES LLP**          **THE FAUX LAW GROUP**

9

10   /s/ Brian K. Walters          /s/ Jordan Faux

    ROBERT E. SCHUMACHER, ESQ.    KURT C. FAUX, ESQ.

11   Nevada Bar No. 7504         Nevada Bar No. 003407

    JON M. LUDWIG, ESQ.       JORDAN FAUX, ESQ.

12   Nevada Bar No. 3998         Nevada Bar No. 012205

    BRIAN K. WALTERS, ESQ     1540 W. Warm Springs Rd., #100

13   Nevada Bar No. 9711         Henderson, Nevada 89014

14   3770 Howard Hughes Parkway, Suite 100  *Attorneys for Defendant*

    Las Vegas, Nevada 89169      **Insurance Company of the West**

15   *Attorneys for Plaintiff*

    **Camino Properties, LLC**

16

17                * * * * * *

18                <u>**ORDER**</u>

19

20      **IT IS SO ORDERED.**

21      Dated:  June 11, 2015.

22             UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

<div style="writing-mode: vertical">Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, NV 89169</div>

-2-