KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       jfaux@fauxlaw.com
*Attorneys for Insurance Company of the West*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMINO PROPERTIES, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE WEST, a California company, DOES INDIVIDUALS 1 through 100, inclusive; ROE ENTITIES 1 through 100, inclusive, BOE BONDING COMPANIES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-02262-APG-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT PROPOSED PRETRIAL ORDER**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiff CAMINO PROPERTIES, LLC ("Plaintiff") and Defendant INSURANCE COMPANY OF THE WEST ("Defendant"), by and through their respective counsel, that the Parties may have up to and including Friday, August 7, 2015, for which to file the Proposed Joint Pretrial Order.

Pursuant to this Court's Scheduling Order [Doc. # 11], the Joint Proposed Pretrial Order shall be filed within 30 days of the date the Court enters a ruling on dispositive motions. This Court's Order Denying Motions for Summary Judgment and Motions to Strike [Doc. #60] was filed on May 12, 2015. The deadline was extended from June 12, 2015 to July 10, 2015 by stipulation of the parties and order of the Court.

The request for an extension is not made for purposes of delay. The purpose of this request is to allow the parties additional time to identify and evaluate which facts and exhibits are appropriate for

1

stipulation in the Joint Proposed Pretrial Order. The parties have been working towards completing the Joint Proposed Pretrial Order but additional time is needed to complete the same given the complexities of this case.

DATED this 2nd day of July, 2015

THE FAUX LAW GROUP

/s/ Jordan F. Faux
_____
Kurt C. Faux
Jordan F. Faux
*Attorneys for Insurance Company of the West*

DATED this 2nd day of July, 2015

GORDON REES

/s/ Brian K. Walters
_____
Robert E. Schumacher, Esq.
Jon M. Ludwig, Esq.
Brian K. Walters, Esq
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED:

_____
United States District Court Judge
DATED: July 2, 2015

2