|   |   |
|---|---|
| 1 | KURT C. FAUX, ESQ. |
|   | Nevada Bar No. 003407 |
| 2 | JORDAN FAUX, ESQ. |
|   | Nevada Bar No. 012205 |
| 3 | THE FAUX LAW GROUP |
|   | 1540 W. Warm Springs Road, #100 |
| 4 | Henderson, Nevada  89014 |
|   | Telephone:  (702) 458-5790 |
| 5 | Facsimile: (702) 458-5794 |
|   | Email: kfaux@fauxlaw.com |
| 6 |        jfaux@fauxlaw.com |

*Attorneys for Insurance Company of the West*

AND

DAVID C. VEIS, ESQ.
Admitted Pro Hac Vice
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: dveis@robinskaplan.com

*Attorneys for Insurance Company of the West*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAMINO PROPERTIES, LLC, a foreign limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE WEST, a California company, DOES INDIVIDUALS 1 through 100, inclusive; ROE ENTITIES 1 through 100, inclusive, BOE BONDING COMPANIES 1 through 100,  inclusive,<br><br>            Defendants. | **Case No.: 2:13-cv-02262-APG-CWH**<br><br>**[PROPOSED] ORDER TO INSURANCE COMPANY OF THE WEST'S REQUEST TO OPPOSE CAMINO PROPERTIES, LLC'S MOTION FOR ATTORNEY'S FEES, COSTS AND INTEREST**<br><br>**(Fed. Rules Civ. Proc., Rule 54(d)(2)(C))** |

-1-
[PROPOSED] ORDER TO ICW'S REQUEST TO OPPOSE CAMINO'S MOTION FOR ATTORNEY'S FEES, COSTS AND INTEREST
Case No.: 2:13-cv-02262-APG-CWH

61187411.1

## **ORDER**

Having reviewed Defendant Insurance Company of the West's Request to Oppose Camino Properties, LLC's Motion For Attorney's Fees, Costs and Interest, and finding good cause to do so,

**IT IS SO ORDERED**:

Defendant Insurance Company of the West may file an opposition to Properties, LLC's Motion For Attorney's Fees, Costs and Interest in accordance with Local Rule 7-2(b).

_____
United States District Court Judge
DATED: April 14, 2016

-2-
[PROPOSED] ORDER TO ICW'S REQUEST TO OPPOSE CAMINO'S MOTION FOR ATTORNEY'S FEES, COSTS AND INTEREST
Case No.: 2:13-cv-02262-APG-CWH

61187411.1

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790