UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMINO PROPERTIES, LLC, a foreign limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE WEST, a California company, DOE INDIVIDUALS 1 through 100, inclusive; ROE ENTITIES 1 through 100, inclusive, BOE BONDING COMPANIES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-02262-APG-CWH<br><br>**ORDER AMENDING JUDGMENT**<br><br>(ECF No. 124) |

On March 23, 2016, the clerk of this court entered a Judgment in favor of plaintiff Camino Properties, LLC in the amount of $618,249.50. ECF No. 121. That Judgment was based upon my Findings of Fact and Conclusions of Law. ECF No. 120. Subsequently, Camino filed a motion to amend the Judgment to include pre- and post-judgment interest. ECF No. 124. Defendant Insurance Company of the West did not oppose that motion. "The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Local Rule 7-2(d). Moreover, good cause supports granting the motion. Thus, Camino is entitled to pre-judgment interest through the date of the original judgment (March 23, 2016) and post-judgment interest from that date forward. *SCIE LLC v. XL Reinsurance Am., Inc.*, 397 F. App'x 348, 353 (9th Cir. 2010). *See also Dishman v. UNUM Life Ins. Co. of Am.*, 269 F.3d 974, 990-91 (9th Cir. 2001) (post-judgment interest runs from a final, appealable judgment).

IT IS HEREBY ORDERED that Camino Properties, LLC is awarded pre-judgment interest in the amount of $140,718.18 in addition to the $618,249.50 amount of the original

judgment. Camino Properties, LLC is also awarded post-judgment interest pursuant to 28 U.S.C. §1961. The clerk of the court shall enter an amended judgment accordingly.

Dated: May 20, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE